397 A.2d 1249

Commonwealth v. Wolff, Appellant.

Submitted April 10, 1978. Harry E. Knafelc, Assistant Public Defender, for appellant; John Lee Brown, Jr., Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

December 21, 1978

397 A.2d 1249

Commonwealth v. Council, Appellant.

Petition for Allowance of Appeal Granted March 16, 1979.

Submitted March 13, 1978. Blake E. Martin, Public Defender, for appellant; William C. Cramer, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.